UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CV-448-F

| | | |
|---|---|---|
| MICHAEL J. GIBBONS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| CHAS. H. SELLS, INC., | ) | |
| d/b/a WSP SELLS, | ) | |
| Defendant. | ) | |

This matter is before the court on the Motion to Dismiss [DE-13] filed by Deefndant Chas. H. Sells, Inc., d/b/a WSP Sells. United States Magistrate Judge James E. Gates issued a Memorandum and Recommendation ("M&R") [DE-28] recommending that the motion be denied. No objections to the M&R have been filed and the time for doing so has expired. The motion is therefore ripe for ruling.

A district court may "designate a magistrate judge to submit . . . proposed findings of fact and recommendations for the disposition" of a variety of motions. 28 U.S.C. § 636(b)(1)(B). The court then must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). Upon review of the record, "the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*

Here, no objection to the M&R has been filed, and therefore the parties have waived their right to a de novo review of any issue covered in the M&R. Even so, the court has conducted a full and careful review of the M&R and the record, and had determined it is correct and in accordance with the law. Consequently, the M&R is ADOPTED, and the Motion to Dismiss [DE-13] is

DENIED.

SO ORDERED. This the 13th day of November, 2010.

                                               JAMES C. FOX
                                               Senior United States District Judge